

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00313-CV

In the **INTEREST OF M.H.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15779
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  June 18, 2014

DISMISSED

On April 29, 2014, Linda Fuentes filed a notice of restricted appeal from the trial court's order signed January 22, 2014.  The clerk's record was due May 29, 2014, but was not filed.  The Bexar County District Clerk filed a notification stating the clerk's record was not filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee.  On June 3, 2014, we ordered appellant to provide written proof to this court on or before June 10, 2014, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) she is entitled to appeal without paying the clerk's fee.  We cautioned appellant that if she failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b); 42.3(c).  Appellant has not filed a response.

We therefore **order** this appeal dismissed.

PER CURIAM